UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>　　　　v.<br><br>STEVE MITCHELL<br> a/k/a "Sonny Mitchell," and<br>SAMUEL MITCHELL<br><br>　　　　　*Defendants.* | Crim. No.  25-220 (ES)<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Michael Baldassare, Esq., of Baldassare & Mara, LLC, hereby enters an appearance on behalf of Defendant Steve Mitchell, and requests that copies of all papers in this action be served upon the undersigned.

　　　　　　　　　　　　　　　　　　　　　　**BALDASSARE & MARA, LLC**

Dated: April 23, 2025　　　　　By:　*/s/ Michael Baldassare*
　　　　　　　　　　　　　　　　　　Michael Baldassare, Esq.
　　　　　　　　　　　　　　　　　　75 Livingston Avenue, Suite 101
　　　　　　　　　　　　　　　　　　Roseland, New Jersey 07068
　　　　　　　　　　　　　　　　　　T: (973) 604-6686
　　　　　　　　　　　　　　　　　　F: (973) 556-1071
　　　　　　　　　　　　　　　　　　E: MBaldassare@mabalaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　*Steve Mitchell*