UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>STEVE MITCHELL<br> a/k/a "Sonny Mitchell," and<br>SAMUEL MITCHELL<br><br>*Defendants.* | Crim. No.  25-220 (ES)<br><br><br><u>**NOTICE OF APPEARANCE**</u> |

**PLEASE TAKE NOTICE** that Jeffrey Hawriluk, Esq., of Baldassare & Mara, LLC, hereby enters an appearance on behalf of Defendant Steve Mitchell, and requests that copies of all papers in this action be served upon the undersigned.

                                                    **BALDASSARE & MARA, LLC**

Dated: April 23, 2025             By:    */s/ Jeffrey Hawriluk*
                                                                 Jeffrey Hawriluk, Esq.
                                                                 75 Livingston Avenue, Suite 101
                                                                 Roseland, New Jersey 07068
                                                                 T: (973) 604-6686
                                                                 F: (973) 556-1071
                                                                 E: JHawriluk@mabalaw.com

                                                                 *Attorneys for Defendant*
                                                                 *Steve Mitchell*